**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                            **CASE NO.: 1:05-CR-001-SPM**

**FARRAH MOISE,**

    **Defendants.**

_____/

**ORDER DISMISSING INDICTMENT AGAINST DEFENDANT MOISE**

**THIS CAUSE** comes before the Court upon the "Motion to Dismiss" (doc. 94) filed September 8, 2005, in which the Government requests that the indictment as to defendant Moise be dismissed "in the interest of justice." Having reviewed the *in camera* written statement of reasons (doc. 105) offered by the Government in support of the dismissal, the Court finds dismissal to be appropriate. Pursuant to Federal Rule of Criminal Procedure 48(a), it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion to Dismiss (doc. 94) is *granted*.

2.    The superseding indictment (doc. 44) is *dismissed* against

Defendant Moise.

**DONE AND ORDERED** this <u>seventh</u> day of October, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao